USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

ANDREW MOODY,

                  Defendant.

------------------------------------------------------------ X

10-CR-1160 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for a Violation of Supervised Release Hearing in this matter on January 3, 2019; and

    WHEREAS the parties having requested additional time to discuss a potential disposition;

    IT IS HEREBY ORDERED that, the next conference is scheduled for **March 1, 2019, at 2:00 p.m.** If a disposition has not been reached by that time, the Court intends to set a date for a hearing in this matter.

**SO ORDERED.**

Date:  January 3, 2019
        New York, NY

_____
**VALERIE CAPRONI
United States District Judge**